**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANNIA**

| | |
|---|---|
| ELIZABETH FORWARD SCHOOL DISTRICT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CM REGENT INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 2:25-cv-1966<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Defendant CM Regent Insurance Company ("Defendant") has brought a counterclaim for declaratory judgment – that it has no obligation to provide coverage to Plaintiff Elizabeth Forward School District ("Plaintiff"). (ECF No. 21, pp. 24-40). After careful consideration, the Court will deny Plaintiff's motion to dismiss Defendant's counterclaim. (ECF No. 24). The Court finds that it is not apparent on the face of the parties' pleadings that there is a "complete identity of factual and legal issues" between the "complaint and the counterclaim." *Morgan v. Noss*, No. 2:22-CV-01631, 2024 WL 2819139, at *5 (W.D. Pa. Apr. 4, 2024) (citation omitted). *See also Aldens, Inc. v. Packel*, 524 F.2d 38, 51-52 (3d Cir. 1975) (stating that the disposition of the complaint renders the counterclaim moot where there is "complete identity of factual and legal issues between the complaint and the counterclaim"). Importantly, "if there is any doubt as to whether the counterclaim is redundant, the better course is to deny the motion to dismiss without prejudice until the facts have been developed, either at the summary judgment stage or after trial." *Barnett v. Platinum Equity Cap. Partners II, L.P.*, Civil Action No. 2:16-cv-1668, 2017 WL 3190654, at *4 (W.D. Pa. July 27, 2017). As such, the Court believes the prudent course of action is to permit

the counterclaim to proceed to discovery, which commenced on July 1, 2026. Plaintiff can renew its argument about the counterclaim in a summary judgment motion after the record is more fully developed.

AND NOW, this 3 day of September 2026, IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Counterclaim Pursuant to Fed.R.Civ.P 12(b)(6) (ECF No. 24) is DENIED.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE