IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH FORWARD SCHOOL DISTRICT,<br><br>*Plaintiff*,<br><br>v.<br><br>CM REGENT INSURANCE COMPANY,<br><br>*Defendant*. | Civil Action No. 2:25-cv-1966<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Plaintiff Elizabeth Forward School District ("Plaintiff") filed a Motion for Partial Judgment on the Pleadings (the "motion") as to Defendant CM Regent Insurance Company's ("Defendant") counterclaim and eighth and tenth affirmative defenses. (ECF No. 38). The motion asserts that Defendant's counterclaim and affirmative defenses should be dismissed to the extent that they claim that Plaintiff engaged in misrepresentation arising from statements made in the complaint—which are protected by judicial privilege. (ECF Nos. 38 and 39). But Defendant does not assert a cause of action for misrepresentation. Rather, the counterclaim asserts a single count against Plaintiff for declaratory judgment. Specifically, it seeks a declaration that Defendant has fulfilled its obligations under the relevant insurance policy and no further coverage is owed. This claim sounds in contract, not in tort (fraud, or misrepresentation). To the extent Defendant contends that Plaintiff misrepresented facts, those contentions were in the nature of affirmative defenses (essentially taking issue with the veracity of statements made and pled by Plaintiff). They are not a separate cause of action. As such, judgment on the pleadings is not warranted or appropriate.

AND NOW, this 16 day of November 2026, IT IS HEREBY ORDERED that the Motion for Partial Judgment on the Pleadings (ECF No. 38) is DENIED.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE